IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. TURNER,
    Petitioner,

v.                                      Case No.  3:10cv439/LAC/MD

WALTER A. MCNEIL,
    Respondent.
_____

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 22, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This § 2254 petition (doc. 1) is DISMISSED WITHOUT PREJUDICE as an unauthorized second or successive habeas corpus application.

3.    The clerk is directed to close this file and send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

4.    A certificate of appealability is DENIED.

DONE AND ORDERED this 25th day of January, 2011.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**